**No. 43532.**—Protest 834283–G of Iwata Trading Co. (San Francisco).

Opinion by DALLINGER, J. It was stipulated that the wooden forks in question are the same as those involved in *Borgfeldt* v. *United States* (T. D. 48585) and Abstract 36100. The claim at 33⅓ percent under paragraph 412 was therefore sustained.

**No. 43533.**—Protest 971966–G of W. X. Huber Co. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the metal gongs in question are similar to those the subject of Abstract 32933. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 43534.**—Protest 960875–G of F. W. Woolworth Co. (Baltimore).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) the bridge table pencil holders in question were held dutiable at 50 percent under paragraph 339 as claimed.

**No. 43535.**—Protests 782121–G, etc., of F. W. Woolworth Co. (Seattle).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) and *Woolworth* v. *United States* (T. D. 47857) certain of the bridge table pencil holders were held dutiable at 45 percent under paragraph 397. Bridge table pencil holders and photo frames, plated with silver, were held dutiable at 50 percent under the same paragraph.

**No. 43536.**—Protests 946617–G, etc., of K. Amemiya et al. (San Francisco).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Rice* v. *United States* (24 id. 114, T. D. 48415), and Abstracts 40865, 42779, 41243, 40203, and 28984, vases, savings banks, pen stands, and boxes were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.